FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 13 2003 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT TO NEW YORK

---

NATHAN KATZ on behalf of himself and all others similarly situated,

Plaintiff,

-against

TRAUNER, COHEN & THOMAS, L.L.P.,

Defendant.

---

CV-02-4137(NG)(RML))

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the plaintiff, Nathan Katz ("Katz"), and defendant, Trauner, Cohen & Thomas, LLP ("TCT"), that the above entitled action is hereby dismissed with prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 9, 2003

**KATZ & KLEINMAN, PLLC**

By: ______________________
Lawrence Katz (LK-0062)
*Attorneys for Plaintiff*
*NATHAN KATZ*
165 EAB Plaza
Uniondale, New York 11556
(516) 522-2621

**OHRENSTEIN & BROWN, LLP**

By: ______________________
Melissa C. Shea (MCS-5539)
*Attorneys for Defendant*
*TRAUNER, COHEN & THOMAS, L.L.P.*
One Penn Plaza, 46th Floor
New York, New York 10119
(212) 682-4500

**SO OF**

5-8-03